IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEO NEANG,

    Appellant,

v.

SIN SINIM,

    Appellee.

_____/

Case No.  5D23-1708
LT Case No. 2021-DR-005299-FM

Opinion filed July 25, 2023

Appeal from the Circuit Court
for Duval County,
Russell Healey, Judge.

Keo Neang, Cambodia, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED. See Fla. R. App. P. 9.315(a).


EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.